1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY E. JOHNSON,                          No.  2:15-cv-2479 CKD P

12              Plaintiff,

13      v.                                       ORDER

14   McDONALD, et al.,

15              Defendants.

16

17          On March 1, 2016, plaintiff's complaint was dismissed, and he was granted thirty days to

18   file an amended complaint.  (ECF No. 5.)  Plaintiff was advised that failure to timely amend

19   would result in dismissal of this action.  (Id.) The thirty days has passed, and plaintiff has not

20   filed an amended complaint.  Plaintiff has consented to the jurisdiction of a Magistrate Judge to

21   conduct all proceedings in this action.  (ECF No. 4.)

22          Accordingly,  IT IS HEREBY ORDERED that this action is dismissed without prejudice.

23   See Local Rule 110; Fed. R. Civ. P. 41(b).

24   Dated:  April 12, 2016

25                                              _____
                                                CAROLYN K. DELANEY
26                                              UNITED STATES MAGISTRATE JUDGE

27

28   2/john2479.fta